1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  Andrea A. Najor, SBN 221853
   STRICKLAND, HAAPALA,
3  ALTURA, THOMPSON & ABERN LLP
   1939 Harrison Street, Suite 800
4  Oakland, California 94612-3533
   Tel:   510-763-2324
5  Fax:  510-273-8570

6  Attorneys for Defendants, COUNTY OF MARIN,
   SHERIFF ROBERT T. DOYLE, SGT. JEFF TAYLOR,
7  DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL
   BLASI and DEPUTY ERIK RICHARDSON
8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, and LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through their mother and Guardian Ad Litem Liza Grime,<br><br>            Plaintiffs,<br><br>      vs.<br><br>COUNTY OF MARIN, CALIFORNIA; SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; SARGENT JEFF TAYLOR, Badge No. 1X345, individually and in his official capacity as a Marin County Sheriff Sargent; DEPUTY JONATHAN HARRISON, Badge No. 1593, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY MICHAEL BLASI, Badge No. 1570, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY ERIK RICHARDSON, Badge No. 1538, individually and in his official capacity as a Marin County Deputy Sheriff; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: C-04-2507 MMC<br><br>**STIPULATION & ORDER CONSOLIDATING RELATED ACTIONS (Case C-04-2507 and Case C-05-0137) DESIGNATING CASE C-04-2507 AS LEAD CASE** |

//

1

*Grime v. County Marin, et al./Case No. C 04 2507*
Stipulation & Order of Consolidation

1  LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, and LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through their mother and Guardian Ad Litem LIZA GRIME, are plaintiffs in United States District Court for the Northern District of California case # C-04-2507 MMC. Plaintiffs allege claims in this action for wrongful death and civil rights violations arising out of the arrest on August 17, 2003 of decedent Cary Grime by the Marin County Sheriff's Office. Defendants are the COUNTY OF MARIN, SHERIFF ROBERT T. DOYLE, SERGEANT JEFF TAYLOR, DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL BLASI, and DEPUTY ERIK RICHARDSON.

ROBERT GRIME and JUNE GRIME are the plaintiffs in United States District Court for the Northern District of California case # C-05-0137 MMC and are the parents of decedent Cary Grime. Plaintiffs allege claims for civil rights violations arising out of arrest on August 17, 2003 of decedent Cary Grime by the Marin County Sheriff's Office. Defendants are the COUNTY OF MARIN, SHERIFF ROBERT T. DOYLE, SERGEANT JEFF TAYLOR, DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL BLASI, and DEPUTY ERIK RICHARDSON.

Plaintiffs in action C-04-2507 are represented by David C. Anderson, Law Office of David C. Anderson and Andrew C. Schwartz, Casper, Meadows & Schwartz.

Plaintiffs in action C-05-0137 are represented by Gilbert Purcell and Peter Fredman, Brayton♦Purcell.

Defendants in both actions are represented by Clyde A. Thompson and Rebecca S. Widen Strickland, Haapala, Altura, Thompson & Abern LLP.

**STIPULATION TO CONSOLIDATE**

The parties, by and through their undersigned counsel, agree that action number C-05-0137 MMC should be consolidated with earlier filed action number C-04-2507 because they involve common questions of fact and law. Both actions involve essentially the same set of facts, similar claims, the same witnesses and the same defendants. Consolidation of both actions serves the interests of judicial economy, the convenience of the Court, and the

1  convenience of the parties.  Consolidation of both actions also prevents piecemeal litigation and
2  the potential for inconsistent rulings.
3        Therefore, the parties, by and through their undersigned counsel, respectfully request an
4  order of the Court consolidating action number C-05-0137 MMC with action number
5  C-04-2507.

6  Dated:  August __, 2005         LAW OFFICES OF DAVID C. ANDERSON

8                                    By:_____/s/_____
                                      DAVID C. ANDERSON
9                                        Attorney for Plaintiffs LIZA GRIME, individually
                                      and as Administrator of the ESTATE OF CARY
10                                       GRIME, and LINDSAY GRIME, LOGAN
                                      GRIME, and NOAH GRIME, by and through
11                                       Guardian Ad Litem LIZA GRIME

12 Dated:  August __, 2005         CASPER,  MEADOWS & SCHWARTZ

14                                   By:_____/s/_____
                                    ANDREW C. SCHWARTZ
15                                   Attorney for Plaintiffs LIZA GRIME, individually
                                  and as Administrator of the ESTATE OF CARY
16                                   GRIME, and LINDSAY GRIME, LOGAN
                                  GRIME, and NOAH GRIME, by and through
17                                   Guardian Ad Litem LIZA GRIME

18 Dated:  August __, 2005.        BRAYTON♦PURCELL

20                                   By:_____/s/_____
                                  PETER FREDMAN
21                                   Attorney for Plaintiffs ROBERT GRIME and
                                  JUNE GRIME

23 Dated:  August __, 2005         STRICKLAND, HAAPALA,
                                  ALTURA, THOMPSON & ABERN, LLP

25                                   By:_____/s/_____
                                  Clyde A. Thompson
26                                   Attorneys for Defendants COUNTY OF MARIN,
                                  COUNTY OF MARIN, SHERIFF ROBERT T.
27                                   DOYLE, SGT. JEFF TAYLOR, DEPUTY
                                  JONATHAN HARRISON, DEPUTY MICHAEL
28                                   BLASI and DEPUTY ERIK RICHARDSON

3

*Grime v. County Marin, et al./Case No. C 04 2507*
Stipulation & Order of Consolidation

Strickland, Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:   510-273-8534

**ORDER**

IT IS HEREBY ORDERED that <u>Grime v. County of Marin</u>, C-04-2507 MMC and <u>Grime v. Doyle</u>, C-05-0137 MMC are consolidated for all purposes. All further filings shall be made in Case No. C-04-2507 MMC.

Dated: August 25, 2005.

_____
MAXINE M. CHESNEY
United States District Court Judge