DAVID C. ANDERSON, ESQ., State Bar # 83146
LAW OFFICE OF DAVID C. ANDERSON
222 Rush Landing Road
Novato, California 94948
Telephone: (415) 898-4775
Facsimile: (415) 898-9211

ANDREW C. SCHWARTZ, ESQ., State Bar #64578
CASPER, MEADOWS & SCHWARTZ
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596-3572
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

PETER B. FREDMAN, ESQ., State Bar #189097
BRAYTON❖PURCELL
222 Rush Landing Road
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIZA GRIME, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MARIN, ET AL., <br><br> Defendants. <br>_____ <br> And Consolidated Action | No. C 04-02507 MMC (JCS) <br> Consolidated with C 05-00137 <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER FOR HEARING ON SHORTENED TIME OF PLAINTIFFS' MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY OF DEFENDANT JONATHAN HARRISON AND FOR SANCTIONS** <br><br> Requested Hearing Date: <br> Date: November 18, 2005 <br> Time: 9:30 a.m. <br> Courtroom A, 15th Floor (SF) <br> Magistrate Judge Joseph C. Spero |

All parties hereby stipulate and request that the Court hear plaintiffs' motion to compel on November 18, 2005 pursuant to the following briefing schedule:

Plaintiffs shall file their moving papers in conjunction with this stipulated request.

Defendants shall file their opposition on or before November 1, 2005.

Plaintiffs shall file their reply, if any, on or before November 8, 2005.

1

1  **IT IS SO STIPULATED:**

3  Dated: October 17, 2005          LAW OFFICE OF DAVID C. ANDERSON

   By: /S/ David C. Anderson
   David C. Anderson
   Attorney for Plaintiffs
   LIZA GRIME, individually and as Administrator
   of the ESTATE OF CARY GRIME, and
   LINDSAY GRIME, LOGAN GRIME, and NOAH
   GRIME, by and through their mother and Guardian
   Ad Litem Liza Grime

   Dated: October 17, 2005          BRAYTON❖PURCELL

   By: /S/ Peter B. Fredman
   Peter B. Fredman
   Attorneys for Plaintiffs
   ROBERT and JUNE GRIME

   Dated:  October 17, 2005          HAAPALA, ALTURA, THOMPSON & ABERN, LLP

   By: /S/ Clyde A. Thompson
   Clyde A. Thompson
   Attorneys for Defendants
   COUNTY OF MARIN, SHERIFF ROBERT T.
   DOYLE, SGT. JEFF TAYLOR, DEPUTY
   JONATHAN HARRISON, DEPUTY MICHAEL
   BLASI and DEPUTY ERIK RICHARDSON

**ECF Attestation of Filer:** I hereby attest that concurrence in the filing of this document has been obtained from the above named and that a signed copy of this document is retained in our files for inspection by the court. /S/ Peter B. Fredman

**IT IS SO ORDERED**

Dated:  10/24/05

_____
JOSEPH C. SPERO
United States Magistrate Judge

2
STIPULATED REQUEST AND [PROPOSED] ORDER FOR HEARING ON SHORTENED TIME OF MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY OF DEFENDANT HARRISON AND FOR SANCTIONS