**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIZA GRIME, ET AL.,                              Case No. C-04-2507 MMC (JCS)

        Plaintiff(s),

   v.

COUNTY OF MARIN, ET AL.,

       Defendant(s).
_____/

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY OF DEFENDANT JONATHAN HARRISON AND FOR SANCTIONS [Docket No. 33]**

     On October 19, 2005, Plaintiffs filed a Motion to Compel Further Deposition Testimony of Defendant Jon Harrison and For Sanctions (the "Motion").

     On November 18, 2005, the Motion came on for hearing. Peter Fredman, counsel for Plaintiffs, appeared. Clyde A. Thompson, counsel for Defendants, appeared.

     For reasons stated on the record, and good cause shown,

     IT IS HEREBY ORDERED that the Motion is GRANTED as set forth on the record. Plaintiff shall have an additional three (3) hours of deposition as to Defendant Jonathan Harrison. The Motion for Sanctions is DENIED.

     IT IS SO ORDERED.

Dated: November 21, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge