1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  HAAPALA, ALTURA, THOMPSON & ABERN LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612-3533
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys for Defendants
   MARIN COUNTY, SHERIFF ROBERT T. DOYLE,
6  SGT. JEFF TAYLOR, DEPUTY JONATHAN HARRISON,
   DEPUTY MICHAEL BLASI and DEPUTY ERIK RICHARDSON
7
8  Andrew C. Schwartz, SBN 64578
   CASPER, MEADOWS, SCHWARTZ & COOK
   2121 North California Blvd. Suite 1020
9  Walnut Creek, California 94596-3572
   Tel:  925-947-1147
10
11 David C. Anderson, SBN 83146
   LAW OFFICE OF DAVID C. ANDERSON
   222 Rush Landing Road
12 P.O. Box 1777
   Novato, California 94948
13 Tel:  415 898-9366

14 Attorneys for Plaintiffs LIZA GRIME, individually and as Administrator
   of the ESTATE OF CARY GRIME, and LINDSAY GRIME,
15 LOGAN GRIME, and NOAH GRIME, by and through their mother
   and Guardian Ad Litem Liza Grime
16
17 Peter Fredman, SBN 189097
   BRAYTON PURCELL
18 222 Rush Landing Road
   P.O. Box 1777
   Novato, California 94948
19 Tel:  415 898-1515
   Fax: 415-898-1247
20
   Attorneys for Plaintiffs ROBERT & JUNE GRIME
21

22                UNITED STATES DISTRICT COURT

23                NORTHERN DISTRICT OF CALIFORNIA

24 | LIZ GRIME, et al.,                    ) Case No.: C04 – 2507 MMC
   |                                       )
25 |           Plaintiffs,                 ) **STIPULATION AND ORDER**
   |                                       ) **EXTENDING THE TIME TO**
26 | vs.                                   ) **COMPLETE FACT WITNESS AND**
   |                                       ) **EXPERT WITNESS DISCOVERY**
27 | MARIN COUNTY, et al.,                 )
   |                                       ) **Trial Date:   September 18, 2006**
28 |           Defendants.                 )

1

Grime v. Marin County, et al./Case #C04 -2507 MMC
Stipulation & Order Extending Discovery Cutoff

Defendants MARIN COUNTY, , SHERIFF ROBERT T. DOYLE, SGT. JEFF TAYLOR, DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL BLASI and DEPUTY ERIK RICHARDSON (hereinafter "Defendants") and Plaintiffs LIZ GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, and LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through their mother and Guardian Ad Litem Liza Grime, Plaintiffs ROBERT and JUNE GRIME (hereinafter "Plaintiffs") by and through their respective counsel of record request the Court extend the time to complete fact discovery for 90 days from April 7, 2006 to July 7, 2006.

The parties also request the court extend the time to complete expert witness disclosure and discovery for 90 days from April 28, 2006 to July 28, 2006.

The reason for this requested extension of time is that the parties and their counsel are returning to a second mediation with retired federal Judge Raul Ramirez on April 19, 2006. The parties have agreed to suspend further discovery to allow the parties to focus on settling the case and avoid substantial additional costs and expense necessary to complete fact and expert discovery.

The requested 90 day extension of the time to complete fact and expert discovery will not adversely impact the parties preparation of the case for trial in accordance with the Court's scheduling order. The trial and other dates are not changed.

IT IS HEREBY STIPULATED by the parties, through their counsel that the time to complete fact and expert witness discovery is extended 90 days as follows:

Non-expert discovery cutoff to July 7, 2006.

Designation of experts to July 28, 2008.

Expert Discovery cutoff to August 9, 2006.

Dated: March 31, 2006        LAW OFFICES OF DAVID ANDERSON

By: _____
David C. Anderson
Attorney for Plaintiffs
LIZ GRIME, et al.

2

Grime v. Marin County, et al./Case #C04-2507 MMC

1 | Dated: March 31, 2006  CASPER, MEADOWS, SCHWARTZ & COOK

By: _____
Andrew C. Schwartz
Attorney for Plaintiffs
LIZ GRIME, el a...

6 | Dated: March 31, 2006  BRAYTON PURCELL

By: _____
Peter Fredman
Attorney for Plaintiffs
ROBERT & JUNE GRIME

11 | Dated: March 31, 2006.  HAAPALA, ALTURA, THOMPSON & ABERN, LLP

By: _____
Clyde A. Thompson
Attorneys for Defendants
MARIN COUNTY, et al.

## ORDER

The Court having considered the proposed stipulation regarding the extension of time to complete fact and expert discovery in this action, and there being good cause,

IT IS ORDERED discovery cutoff is extended as follows:

Non-expert discovery cutoff is July 7, 2006.

Designation of experts is July 28, 2008.

Expert Discovery cutoff is August 9, 2006.

Dated: April ___, 2006.

_____
Honorable Maxine M. Chesney
Judge, United States District Court

1 | Dated: March 31, 2006            CASPER, MEADOWS, SCHWARTZ & COOK

By:_____
Andrew C. Schwartz
Attorney for Plaintiffs
LIZ GRIME, et al.

Dated: March 31, 2006            BRAYTON PURCELL

By:_____
Peter Fredman
Attorney for Plaintiffs
ROBERT & JUNE GRIME

Dated: March 31, 2006            HAAPALA, ALTURA, THOMPSON & ABERN, LLP

By:_____
Clyde A. Thompson
Attorneys for ~~Defendants~~ 
MARIN COUNTY, et al.

## ORDER

The Court having considered the proposed stipulation regarding the extension of time to complete fact and expert discovery in this action, and there being good cause,

IT IS ORDERED discovery cutoff is extended as follows:

Non-expert discovery cutoff is ~~July 7, 2006~~. June 21, 2006.

Designation of experts is July 28, ~~2008~~. 2006.

Expert Discovery cutoff is August 9, 2006.

Dated: April 12, 2006.

_____
Honorable Maxine M. Chesney
Judge, United States District Court

3