IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA GRIME, et al., | No. C-04-2507 MMC |
| Plaintiffs, | **ORDER RE: TENTATIVE SETTLEMENT** |
| v. | |
| COUNTY OF MARIN et al., | |
| Defendants. | |
| _____/ | |

    Before the Court is plaintiffs' request, filed June 1, 2006, to place a settlement on the record at the June 16, 2006 case management conference, and to submit at that time a petition to compromise the claim of plaintiff Noah Grime, a minor.

    Case management conferences are not reported.  If the parties wish to place their settlement on the record on June 16, they shall appear at the 9:00 hearing calendar on that date and shall advise the Court in writing of their intention to do so no later than June 9, 2006.  Additionally, the Court will not consider on June 16 the petition to compromise, unless the parties file all papers in support of that petition, and a proposed order, no later than June 9, 2006.

    **IT IS SO ORDERED.**

Dated: June 2, 2006

                                           MAXINE M. CHESNEY
                                           United States District Judge