Clyde A. Thompson, SBN 6026
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys for Defendants, COUNTY OF MARIN,
SHERIFF ROBERT T. DOYLE, SGT. JEFF TAYLOR,
DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL
BLASI and DEPUTY ERIK RICHARDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, and LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through their mother and Guardian Ad Litem Liza Grime,<br><br>       Plaintiffs,<br><br>   vs.<br><br>COUNTY OF MARIN, CALIFORNIA; SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; et al.,<br><br>       Defendants. | **CONSOLIDATED**<br><br>Case No.: C 04 2507 MMC |
| ROBERT and JUNE GRIME,<br><br>       Plaintiffs,<br><br>   vs.<br><br>SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; et al.<br><br>       Defendants. | Case No. C05-0137 MMC<br><br>[PROPOSED] **ORDER GRANTING DEFENSE COUNSEL CLYDE A. THOMPSON'S REQUEST TO APPEAR BY TELEPHONE AT JUNE 16, 2006 STATUS CONFERENCE** |

   Clyde A. Thompson, Counsel for defendants in the above-captioned matters, has

requested to be excused from personally attending the June 16, 2006 status conference due to

his necessary attendance at preliminary trial proceedings in the Alameda County Superior Court.

1

*Grime v. County Marin, et al./Case No. C 04 2507*
[Proposed] Order Granting Defense Counsel Clyde A. Thompson's
Request To Appear By Telephone At June 16, 2006 Status Conference

1   Good cause appearing, defense counsel's request to appear by telephone is hereby
2   granted.   All counsel shall appear by telephone at the June 16, 2006 status conference.
3   Dated:   June 13, 2006

_____
Judge Maxine M. Chesney

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Grime v. County Marin, et al./Case No. C 04 2507*
[Proposed] Order Granting Defense Counsel Clyde A. Thompson's
Request To Appear By Telephone At June 16, 2006 Status Conference