# HAAPALA, ALTURA, THOMPSON & ABERN, LLP
### ATTORNEYS AT LAW

JOHN E. HAAPALA
JUDITH B. ALTURA
CLYDE A. THOMPSON
STEVEN SHERIFF ABERN
AARON F. MACLEITCH
REBECCA S. WIDEN

PARK PLAZA BUILDING
1939 HARRISON STREET, SUITE 800
OAKLAND, CALIFORNIA 94612-3527

TELEPHONE: (510) 763-2324
FACSIMILE: (510) 273-8570
E-MAIL:

ANDREA A. NAJOR
MARGARET M. LESNIAK
JULIE M. MANEKER
BENJAMIN A. THOMPSON
NIMA SHAAHINFAR
SEWALI K. PATEL

JODY STRUCK, OF COUNSEL

June 15, 2006

<u>Via Electronic Filing</u>

Honorable Maxine M. Chesney
Judge Of The United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: <u>Estate of Grime, et al. v. County of Marin, et al.</u>
Action No. C04-02507 MMC

Dear Judge Chesney:

We represent the County of Marin defendants. On June 13, 2006 we advised the Court of a scheduling conflict at the time of the Case Status Conference on Friday, June 16, 2006, at 10:30 a.m. and asked the Court if we could appear by telephone.

The Court graciously granted our request. Late yesterday afternoon, June 14, 2006, the State Court action settled.

We have spoken today with all other counsel, and the parties will be appearing in person tomorrow for the Case Status Conference.

Very truly yours,

HAAPALA, ALTURA,
THOMPSON & ABERN, LLP

/s/ Clyde A. Thompson

Clyde A. Thompson

CAT:

cc: Andrew Schwartz (via e-filing)
David Anderson (via e-filing)
Peter Fredman (via e-filing)
Jack Govi (via email)
Renee Brewer (via email)

Dated: June 15, 2006



IT IS SO ORDERED
Judge Maxine M. Chesney