Andrew C. Schwartz, Esq. SBN 64578
CASPER, MEADOWS, SCHWARTZ & COOK
2121 North California Blvd. Suite 1020
Walnut Creek, California 94596-3572
Tel: (925) 947-1147
Fax: (925) 947-1131

David C. Anderson, Esq. SBN 83146
LAW OFFICE OF DAVID C. ANDERSON
222 Rush Landing Road
P.O. Box 1777
Novato, California 94948
Tel: (415) 898-9366
Fax: (415) 898-9211

Attorneys for LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through his mother and Guardian Ad Litem, Liza Grime

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through his mother and Guardian Ad Litem Liza Grime,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN, CALIFORNIA; SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; SARGENT JEFF TAYLOR, Badge No. 1X345, individually and in his official capacity as a Marin County Sheriff Sergeant; DEPUTY JONATHAN HARRISON, Badge No. 1593, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY MICHAEL BLASI, Badge No. 1570, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY ERIK RICHARDSON, Badge No. 1538, individually and in his official capacity as a Marin County Deputy Sheriff; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 04 2507 MMC<br><br>**PETITION TO COMPROMISE CLAIM OF MINOR**<br><br>Complaint filed: 6/23/04<br>Trial Date: 9/18/06 |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Grime v. County of Marin, et al.* C04-2507
PETITION TO COMPROMISE CLAIM OF MINOR NOAH GRIME

Page 1

Petitioner, LIZA GRIME, alleges as follows:

1. Petitioner is the regularly appointed guardian ad litem for plaintiff NOAH GRIME, who is the only minor, in this action. Petitioner is also a plaintiff in this case, and the wife of the decedent. Noah Grime is one of Liza and Cary Grime's three children who are plaintiffs in this action.

2. Plaintiff NOAH GRIME, is a 17 year old male, born December 31, 1988.

3. Plaintiffs have a claim for damages arising out of the death of Cary Grime, which occurred on August 19, 2003, in Marin County.

4. Petitioner has engaged the law firm of Casper, Meadows, Schwartz & Cook and the Law Offices of David Anderson to represent her and her children in this matter, and has agreed to pay to plaintiff's attorneys reasonable attorneys' fees, and in addition to reimburse them for court costs and other expenses.

Plaintiffs' attorneys were not recommended to petitioner by defendants, have no business or other relationship with defendants, and will receive no other compensation for their services except as described in this petition. Casper, Meadows, Schwartz & Cook and the Law Offices of David Anderson also represent Lindsay Grime and Logan Grime, Liza and Cary Grime's other two children. Peter Fredman with the Law Offices of Brayton Purcell, represent plaintiffs Robert and June Grime, who are the parents of decedent Cary Grime.

5. After two full days of private mediation with Retired Judge the Hon. Raul Ramirez, the parties have reached a tentative settlement which has been approved by the Marin County board of Supervisors. Defendants have offered to pay $994,743.74 to all plaintiffs in this action in consideration of a dismissal with prejudice and a full release in this matter. Petitioner recommends this settlement to the court as being fair and reasonable, and in the best interests of the minor. Petitioner understands that if the proposed settlement is approved, plaintiffs will be barred from seeking further compensation in the future.

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Grime v. County of Marin, et al.* C04-2507
PETITION TO COMPROMISE CLAIM OF MINOR NOAH GRIME
Page 2

6. The plaintiffs have agreed that Robert and June Grime, the parents of the decedent, shall receive one tenth of the settlement funds and share in one tenth of the costs. The balance of the settlement funds, $891,239.78, shall be distributed to Liza Grime, her three children, and their attorneys.

The total costs incurred in litigating this case is $40,295.92. The total attorneys' fees being paid to the attorneys for Liza Grime and her children, is $356,495.91, an amount equal to 40% of the settlement paid to Liza Grime and her children.

After paying her costs and fees, the balance due and payable to Liza Grime and her children is $498,477.54. Liza and her children have agreed that each child shall receive $30,000 from this sum. Noah Grime is the only plaintiff yet to reach his age of majority, and this petition is being filed pursuant to the tentative agreement reached between the parties.

7. The $30,000 shall be placed in a blocked account in trust for Noah Grime until he reaches his 18th birthday on December 31, 2006.

WHEREFORE, petitioner requests that the court make its order approving this settlement and for such other relief as the court considers proper.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 13, 2006, at San Rafael, California.

_____
LIZA GRIME

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Grime v. County of Marin, et al. C04-2507
PETITION TO COMPROMISE CLAIM OF MINOR NOAH GRIME
Page 3