IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA GRIME, et al., | No. C-04-2507 MMC |
| Plaintiffs, | **ORDER RE: PETITION FOR MINOR'S COMPROMISE** |
| v. | |
| COUNTY OF MARIN et al., | |
| Defendants. | |

The Court is in receipt of the Declaration of Ellen Moore ("Declaration"), filed July 11, 2006 in support of plaintiff Liza Grime's Amended Petition to compromise the claim of plaintiff Noah Grime, a minor.

At the July 6, 2006 hearing on said petition, plaintiff Liza Grime informed the Court that her mother, Ellen Moore, had set aside funds to provide for the higher education of each of her five grandchildren, including Noah, and offered to submit a declaration from Ellen Moore clarifying the nature and extent of those funds.

The subsequently-filed Declaration, however, while identifying the source of the funds as a trust account comprised of stocks and bonds, does not indicate the current value of that account, nor does the Declaration indicate the anticipated demand on such funds by the other potential recipients. Consequently, the Court is unable to determine whether sufficient funds will be available to allow Noah to pursue a higher education should he choose to do so.

1  Accordingly, the Court will afford plaintiff Liza Grime a further opportunity to submit
2  evidence with respect to the subject funds.  Any supplemental declaration or other
3  evidence shall be filed no later than August 7, 2006.
4  **IT IS SO ORDERED.**
5  Dated: July 21, 2006
6  MAXINE M. CHESNEY
   United States District Judge