Andrew C. Schwartz, Esq. SBN 64578
CASPER, MEADOWS, SCHWARTZ & COOK
2121 North California Blvd. Suite 1020
Walnut Creek, California 94596-3572
Tel: (925) 947-1147
Fax: (925) 947-1131

David C. Anderson, Esq. SBN 83146
LAW OFFICE OF DAVID C. ANDERSON
222 Rush Landing Road
P.O. Box 1777
Novato, California 94948
Tel: (415) 898-9366
Fax: (415) 898-9211

Attorneys for LIZA GRIME, individually and as
Administrator of the ESTATE OF CARY GRIME,
LINDSAY GRIME, LOGAN GRIME, and
NOAH GRIME, by and through his mother
and Guardian Ad Litem, Liza Grime

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through his mother and Guardian Ad Litem Liza Grime,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN, CALIFORNIA; SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; SARGENT JEFF TAYLOR, Badge No. 1X345, individually and in his official capacity as a Marin County Sheriff Sergeant; DEPUTY JONATHAN HARRISON, Badge No. 1593, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY MICHAEL BLASI, Badge No. 1570, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY ERIK RICHARDSON, Badge No. 1538, individually and in his official capacity as a Marin County Deputy Sheriff; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 04 2507 MMC<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>Complaint filed: 6/23/04<br>Trial Date: 9/18/06 |

*Grime v. County of Marin* C04-2507MMC
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

Page 1

Petitioner states as follows:

1. I am a minor of the age of 17 years.

2. I am a named plaintiff in this court against the named defendants for the wrongful death of my father, Cary Grime.

3. I have no general guardian and no previous petition for appointment of guardian ad Litem has been filed in this matter.

4. Liza Grime, my mother, whose address is 48 Salvador Way, San Rafael, CA, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Liza Grime is willing to act as a guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Liza Grime as guardian ad litem of petitioner Noah Grime for the purpose of compromising the action against the above named defendants on the claim hereinabove stated.

DATED: June 13, 2006

_____
NOAH GRIME Petitioner

### CONSENT OF NOMINEE

I, LIZA GRIME, consent to act as guardian ad litem for the minor, NOAH GRIME, in the above action.

DATED: June 13, 2006

_____
LIZA GRIME

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Grime v. County of Marin   C04-2507MMC
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

Page 2

**ORDER**

The petition for an order appointing LIZA GRIME as guardian ad litem of Noah Grime is GRANTED.

IT IS SO ORDERED.

DATED: August 7, 2006

_____
UNITED STATES DISTRICT JUDGE

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Grime v. County of Marin*   C04-2507MMC
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

Page 3