Andrew C. Schwartz, Esq.  SBN 64578
CASPER, MEADOWS, SCHWARTZ & COOK
2121 North California Blvd. Suite 1020
Walnut Creek, California  94596-3572
Tel:   (925) 947-1147
Fax:  (925) 947-1131

David C. Anderson, Esq.  SBN 83146
LAW OFFICE OF DAVID C. ANDERSON
222 Rush Landing Road
P.O. Box 1777
Novato, California  94948
Tel:   (415) 898-9366
Fax:  (415) 898-9211

Attorneys for LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through his mother and Guardian Ad Litem, Liza Grime

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through his mother and Guardian Ad Litem Liza Grime,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN, CALIFORNIA; SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; SARGENT JEFF TAYLOR, Badge No. 1X345, individually and in his official capacity as a Marin County Sheriff Sergeant; DEPUTY JONATHAN HARRISON, Badge No. 1593, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY MICHAEL BLASI, Badge No. 1570, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY ERIK RICHARDSON, Badge No. 1538, individually and in his official capacity as a Marin County Deputy Sheriff; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  C 04 2507 MMC<br><br>~~AMENDED PROPOSED~~ ORDER APPROVING PETITION TO COMPROMISE CLAIM OF MINOR<br><br><br>Complaint filed:  6/23/04<br>Trial Date:  9/18/06 |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Grime v. County of Marin, et al.*   C04-2507                                                                                       Page 1
AMENDED PROPOSED ORDER APPROVING PETITION TO COMPROMISE CLAIM OF MINOR NOAH GRIME

1  The verified petition of LIZA GRIME as guardian ad litem for plaintiff Noah Grime, for an order approving the proposed compromise of plaintiff Noah Grime's claim against defendants came on before the above-entitled court.  On the evidence introduced, the court finds that the facts set forth in the petition are true and that it is in the best interests of the minor that the claim be settled for the amount stated below and that the proceeds from the settlement be paid and used as provided below.  For good cause shown,

IT IS HERBY ORDERED that the compromise be approved in the manner provided and disbursed as set forth in the petition.  Defendants shall be fully released and discharged from all claims of plaintiffs arising from the facts as set forth in the petition.

IT IS FURTHER ORDERED that the proceeds of the settlement shall be disbursed as follows:

  A.   The amount of $99,474.37 shall be paid to plaintiffs Robert and June Grime;

  B.   The amount of $4,029.59 represents 10% of the total costs which shall be borne by plaintiffs Robert and June Grime;

  C.   The amount of $343,995.91 shall be paid to Casper, Meadows, Schwartz & Cook and the Law Offices of David Anderson as attorneys fees;

  D.   The amount of $36,266.33 represents 90% of the total costs which shall be borne by the remaining plaintiffs, Liza Grime, individually and as Administrator of the Estate of Cary Grime, Lindsay Grime, Logan Grime, and Noah Grime.

  E.   $30,000 shall be paid to plaintiff Lindsay Grime;

  F.   $30,000 shall be paid to plaintiff Logan Grime;

  G.   $42,500 shall be paid to plaintiff Noah Grime, a minor, which shall be placed in a blocked account in trust for Noah Grime until he reaches his 18th birthday on December 31, 2006.

  H.   The remaining settlement funds shall be distributed to Liza Grime.

IT IS FURTHER ORDERED that upon receipt of the full amount of the settlement sum herein approved, petitioner is authorized and directed to execute and deliver to defendants a

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

1 complete and final release and discharge of any and all claims of plaintiffs arising from the
2 facts set forth in the petition, and a properly executed dismissal of this action with prejudice.

4 DATED: __August 7, 2006__   _____
HONORABLE MAXINE M. CHESNEY
5 United States District Judge

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Grime v. County of Marin, et al.*   C04-2507                                                                                    Page 3
AMENDED PROPOSED ORDER APPROVING PETITION TO COMPROMISE CLAIM OF MINOR NOAH GRIME