IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIZA GRIME, et al.,

    Plaintiffs,

  v.

COUNTY OF MARIN et al.,

    Defendants.

                                             /

No. C-04-2507 MMC

**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES**

    In light of the pending motion to enforce settlement, the September 5, 2006 pretrial conference date and September 18, 2006 trial date are hereby VACATED.

    **IT IS SO ORDERED.**

Dated: September 1, 2006

                                         MAXINE M. CHESNEY
                                         United States District Judge