Dated: September 13, 2006

Andrew C. Schwartz, Esq.  SBN 64578
Thom Seaton, Esq.  SBN 62713
**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 North California Blvd. Suite 1020
Walnut Creek, California  94596-3572
Tel:   (925) 947-1147
Fax:  (925) 947-1131

David C. Anderson, Esq.  SBN 83146
LAW OFFICE OF DAVID C. ANDERSON
222 Rush Landing Road
P.O. Box 1777
Novato, California  94948
Tel:   (415) 898-9366
Fax:  (415) 898-9211

Attorneys for LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, and LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through their mother and Guardian Ad Litem Liza Grime

IT IS SO ORDERED
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, and LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through their mother and Guardian Ad Litem Liza Grime,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN, CALIFORNIA; SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; SARGENT JEFF TAYLOR, Badge No. 1X345, individually and in his official capacity as a Marin County Sheriff Sergeant; DEPUTY JONATHAN HARRISON, Badge No. 1593, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY MICHAEL BLASI, Badge No. 1570, individually and in his official capacity as a Marin County Deputy Sheriff; DEPUTY ERIK RICHARDSON, Badge No. 1538, individually and in his official capacity as a Marin County Deputy Sheriff; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  C 04 2507 MMC<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT**<br><br>**DATE:     October 6, 2006<br>TIME:      9:00 a.m.<br>Hon. Maxine Chesney, Ctrm 7, 19th Flr.** |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Grime v. County of Marin, et al.*                                                                                        Page 1
**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT**

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs hereby withdraw their motion to enforce
3  settlement currently on calendar for October 5, 2006 at 9:00 a.m. in that settlement
4  monies have now been paid by defendants.  Stipulation(s) for dismissal of this action
5  will be filed accordingly.

6

7  Dated: September 13, 2006                    /s/
                                        By: ANDREW C. SCHWARTZ
8                                       CASPER, MEADOWS, SCHWARTZ & COOK
                                        Attorneys for Plaintiffs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Grime v. County of Marin, et al.*                                                                                                          Page 2
**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT**