1  Clyde A. Thompson, SBN 6026
   HAAPALA, ALTURA, THOMPSON & ABERN, LLP
2  1939 Harrison Street, Suite 800
   Oakland, California 94612
3  Tel:    510-763-2324/Fax:    510-273-8570

4  Attorneys for Defendants, COUNTY OF MARIN,
   SHERIFF ROBERT T. DOYLE, SGT. JEFF TAYLOR,
5  DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL
   BLASI and DEPUTY ERIK RICHARDSON
6
   David C. Anderson
7  LAW OFFICE OF DAVID C. ANDERSON
   222 Rush Landing Road
8  Novato, California 94948
   Tel:    (415) 898-4775/Fax:   (415) 898-9211
9
   Andrew C. Schwartz
10 CASPER, MEADOWS & SCHWARTZ
   2121 North California Blvd. Suite 1020
11 Walnut Creek, California 94596-3572
   Tel:    (925) 947-1147/Fax:   (925) 947-1131
12
   Attorneys for Plaintiffs LIZA GRIME, LINDSAY GRIME
13 LOGAN GRIME, and NOAH GRIME

14 Gilbert L. Purcell
   Peter Fredman
15 BRAYTON PURCELL
   222 Rush Landing Road
16 Novato, California 94948-6169
   Tel:    415-898-1555/Fax:    415-898-1247
17
   Attorneys for Plaintiffs, ROBERT and JUNE GRIME
18

19                     UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| 21  LIZA GRIME, individually and as Administrator of the ESTATE OF CARY | ) **CONSOLIDATED** |
| 22  GRIME, et al., | ) Case No.: C 04 2507 MMC |
| 23 | ) **STIPULATION OF DISMISSAL OF** |
| 24              Plaintiffs, | ) **DEFENDANTS SHERIFF ROBERT T.** |
|      vs. | ) **DOYLE, SGT. JEFF TAYLOR, DEPUTY** |
| 25 | ) **JONATHAN HARRISON, DEPUTY** |
|   | ) **MICHAEL BLASI AND DEPUTY ERIK** |
| 26  COUNTY OF MARIN, et al. | ) **RICHARDSON** |
| 27              Defendants. | ) |
| 28  _____ | ) |

                                           1

*Grime v. County Marin, et al./Case No. C 04 2507*
Stipulation Of Dismissal Of Defendants Sheriff Robert T. Doyle, Sgt. Jeff Taylor, Deputy Jonathan Harrison, Deputy Michael Blasi And Deputy Erik Richardson

|   |   |   |
|---|---|---|
| 1 | ROBERT and JUNE GRIME, | Case No. C05-0137 MMC |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; et al. | |
| 5 | | |
| 6 | Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, and LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through their mother and Guardian Ad Litem Liza Grime, and ROBERT and JUNE GRIME, and Defendants SHERIFF ROBERT T. DOYLE, SGT. JEFF TAYLOR, DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL BLASI and DEPUTY ERIK RICHARDSON, by and through their counsel, that the above-captioned action be and hereby is dismissed with prejudice, for each of said defendants with a waiver of costs and attorneys' fees.

Dated: September __, 2006

CASPER, MEADOWS SCHWARTZ

By: _____
Andrew C. Schwartz, Attorneys For Plaintiffs
LIZA GRIME, LINDSAY GRIME
LOGAN GRIME, and NOAH GRIME

Dated: September __, 2006

LAW OFFICES OF DAVID C. ANDERSON

By: _____
David C. Anderson, Attorneys For Plaintiffs
LIZA GRIME, LINDSAY GRIME
LOGAN GRIME, and NOAH GRIME

2

Grime v. County Marin, et al./Case No. C 04 2507
Stipulation Of Dismissal Of Defendants Sheriff Robert T. Doyle, Sgt. Jeff Taylor, Deputy Jonathan Harrison.

1 | Dated: September 12, 2006

BRAYTON PURCELL

By: _____
Peter Fredman, Attorneys For Plaintiffs
ROBERT GRIME and JUNE GRIME

5 | Dated: September 13, 2006

HAAPALA, ALTURA,
THOMPSON & ABERN, LLP

By: /s/ Clyde A. Thompson
Clyde A. Thompson
Attorneys for Defendants
COUNTY OF MARIN, SHERIFF ROBERT T. DOYLE, SGT. JEFF TAYLOR, DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL BLASI and DEPUTY ERIK RICHARDSON

IT IS SO ORDERED.

Dated: September 13, 2006

_____
The Honorable Maxine M. Chesney

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

3

Grime v. County Marin, et al./Case No. C 04 2507
Stipulation Of Dismissal Of Defendants Sheriff Robert T. Doyle, Sgt. Jeff Taylor, Deputy Jonathan Harrison,