1  Clyde A. Thompson, SBN 6026
   HAAPALA, ALTURA, THOMPSON & ABERN, LLP
2  1939 Harrison Street, Suite 800
   Oakland, California 94612
3  Tel:    510-763-2324/Fax:    510-273-8570

4  Attorneys for Defendants, COUNTY OF MARIN,
   SHERIFF ROBERT T. DOYLE, SGT. JEFF TAYLOR,
5  DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL
   BLASI and DEPUTY ERIK RICHARDSON
6
   David C. Anderson
7  LAW OFFICE OF DAVID C. ANDERSON
   222 Rush Landing Road
8  Novato, California 94948
   Tel:    (415) 898-4775/Fax:   (415) 898-9211
9
   Andrew C. Schwartz
10 CASPER, MEADOWS & SCHWARTZ
   2121 North California Blvd. Suite 1020
11 Walnut Creek, California 94596-3572
   Tel:    (925) 947-1147/Fax:   (925) 947-1131
12
   Attorneys for Plaintiffs LIZA GRIME, LINDSAY GRIME
13 LOGAN GRIME, and NOAH GRIME

14 Gilbert L. Purcell
   Peter Fredman
15 BRAYTON PURCELL
   222 Rush Landing Road
16 Novato, California 94948-6169
   Tel:    415-898-1555/Fax:    415-898-1247
17
   Attorneys for Plaintiffs, ROBERT and JUNE GRIME
18

19                  UNITED STATES DISTRICT COURT

20           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

21 LIZA GRIME, individually and as          )  **CONSOLIDATED**
   Administrator of the ESTATE OF CARY      )
22 GRIME, et al.,                           )  Case No.: C 04 2507 MMC
                                            )
23                                          )  **STIPULATION OF DISMISSAL OF**
             Plaintiffs,                    )  **DEFENDANT COUNTY OF MARIN**
24                                          )
       vs.                                  )
25                                          )
                                            )
26 COUNTY OF MARIN, et al.                  )
                                            )
27           Defendants.                    )
                                            )
28 _____  )

1

*Grime v. County Marin, et al./Case No. C 04 2507*
Stipulation Of Dismissal Of Defendant County Of Marin

| | |
|---|---|
| ROBERT and JUNE GRIME, | Case No. C05-0137 MMC |
| Plaintiffs, | |
| vs. | |
| SHERIFF ROBERT T. DOYLE, individually and in his official capacity as the Sheriff of Marin County; et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME, and LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through their mother and Guardian Ad Litem Liza Grime, and ROBERT and JUNE GRIME, and Defendant COUNTY OF MARIN, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41(a).

The parties shall be responsible for the payment of their own court costs and attorneys fees.

Dated: September 12, 2006

CASPER, MEADOWS SCHWARTZ

By: _____
Andrew C. Schwartz, Attorneys For Plaintiffs
LIZA GRIME, LINDSAY GRIME
LOGAN GRIME, and NOAH GRIME

Dated: September 2, 2006

LAW OFFICES OF DAVID C. ANDERSON

By: _____
David C. Anderson, Attorneys For Plaintiffs
LIZA GRIME, LINDSAY GRIME
LOGAN GRIME, and NOAH GRIME

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1 | Dated: September 12, 2006

BRAYTON PURCELL

By: /s/ Peter Fredman
Peter Fredman, Attorneys For Plaintiffs
ROBERT GRIME and JUNE GRIME

5 | Dated: September 13, 2006

HAAPALA, ALTURA, THOMPSON & ABERN, LLP

By: /S/ Clyde A. Thompson
Clyde A. Thompson
Attorneys for Defendants
COUNTY OF MARIN, SHERIFF ROBERT T. DOYLE, SGT. JEFF TAYLOR, DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL BLASI and DEPUTY ERIK RICHARDSON

IT IS SO ORDERED.

Dated: September 13, 2006

_____
The Honorable Maxine M. Chesney

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570